Ollie Gresser, Appellant, v. Elva Guynn et al., Appellees.

Gen. No. 10,148.

opinion filed April 18, 1947; rehearing denied June 23, 1947; released for publication June 23, 1947. W. J. Aplington, John H. Armstrong and James L. Waring, for appellant; Richolson, Wilhelm & Davies, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full.